IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

      Petitioner,               No. CIV-S-10-0055 KJM P

  vs.

KATHLEEN L. DICKINSON,

      Respondent.            <u>ORDER</u>

_____/

        On January 7, 2010, petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. In the petition, petitioner challenges the $350 filing fee for 42 U.S.C. § 1983 actions.

        The court can only entertain a petition for writ of habeas corpus under 28 U.S.C. § 2254 on the ground that a state prisoner is in custody in violation of state law. Because petitioner's claim does not challenge his custody, it is not appropriate for a § 2254 action. Therefore, this case will be dismissed. <u>See</u> Rule 4, Rules Governing Sec. 2254 Cases.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted; and

2. This action is dismissed.

DATED: February 11, 2010.

_____
U.S. MAGISTRATE JUDGE

---

1
nguo0055.114