IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

     Petitioner,                  No. CIV-S-10-0055 KJM P

     vs.

KATHLEEN L. DICKINSON,

     Respondent.            ORDER

                              /

          Petitioner requests a certificate of appealability pursuant to 28 U.S.C. § 2253 concerning the February 12, 2010 dismissal of this action. Because petitioner's action did not challenge detention arising out of process issued by a state court, a certificate of appealability is not required to appeal. See 28 U.S.C. § 2253(c). Therefore, petitioner's request is denied.

DATED: April 22, 2010.

                                                U.S. MAGISTRATE JUDGE

1
nguo0055.coa